UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-351 (JWB/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMMANUEL OLUWADEMILADE )<br>FALADE, )<br>)<br>Defendant. ) | MOTION TO PERMIT<br>INTERNATIONAL TRAVEL |

Defendant Emmanuel Oluwademilade Falade moves for the Court's permission to travel to Nigeria to see his wife and new-born daughter. In support of this motion, Mr. Falade states as follows:

1. Mr. Falade is charged by indictment with four counts of wire fraud related to allegations that he made fraudulent claims for reimbursement related to the Housing Stability Services Program.

2. Mr. Falade made his initial appearance on September 18, 2025. At that time, the Court released Mr. Falade on conditions, including that he surrender his passport and that his travel be limited to Minnesota unless approved by his Pretrial Services Officer. Doc. No. 17 at ¶ 7(d), (f). International travel required approval by the Court. *Id.* at (7)(f). Mr. Falade has complied with all his conditions of release to date.

3. On October 21, 2025, Mr. Falade's daughter was born in Nigeria. As indicated in the bond report, Mr. Falade's wife lives in Nigeria. They have been

married since April 2023. Mr. Falade is in the process of obtaining the necessary paperwork to permit Ms. Ogba to join him in the United States.

4. Mr. Falade's daughter was born prematurely at 33 weeks. She was born by emergency C-section after Ms. Ogba was diagnosed with pre-eclampsia. The baby was born in respiratory distress. She was put on life support to stabilize her breathing. She is now breathing unassisted.

5. Mr. Falade would like to travel to Nigeria for two to three weeks to see his wife and meet his new daughter. If approved by the Court, he will notify his Pretrial Services Officer of his specific plans. He has surrendered his passport as required by the Court, so he will need it returned to allow this travel. He will again surrender it to Pretrial Services as soon as he returns.

6. Mr. Falade is not a flight risk. He has substantial ties to this community. Although he was born in Nigeria, he has lived in the United States since age 9. He was naturalized in 2007. His parents and siblings live in the United States. He owns his own home here. He has no intention of giving up his entire life and family in the United States and fleeing to Nigeria.

7. Undersigned counsel has conferred with the government on this motion. The government, per AUSA Daniel Bobier, opposes it.

Dated: November 4, 2025

                                      Respectfully submitted,

                                      *s/ Robert D. Richman*
                                      ROBERT D. RICHMAN
                                      Attorney ID No. 226142

LAW OFFICES OF
ROBERT D. RICHMAN, LLC
P.O. Box 16643
St. Louis Park, MN  55416
(651) 278-4987

Attorney for Defendant